[No. 50978-1-I.   Division One.   September 22, 2003.]

BENJAMIN PASCHALL, *Appellant*, v. VOICESTREAM PCS III CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-18216-0, Palmer Robinson, J., entered July 24, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Ellington, JJ.

[No. 51006-1-I.   Division One.   September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLON HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02628-8, Cheryl B. Carey, J., entered August 23, 2002. *Affirmed* by unpublished per curiam opinion. Now published at 119 Wn. App. 644.

[No. 51208-1-I.   Division One.   September 22, 2003.]

*In the Matter of the Personal Restraint of* CODY JONAS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 51245-5-I.   Division One.   September 22, 2003.]

*In the Matter of the Marriage of* KAREN A. HARMON, *Appellant*, and DANA S. HARMON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-02356-3, Douglass A. North, J., entered September 26, 2002. *Affirmed* by unpublished per curiam opinion.